

# Fourth Court of Appeals

## San Antonio, Texas

July 13, 2018

No. 04-18-00428-CV

**FIFTY-ONE THOUSAND ONE HUNDRED AND
TWENTY-FOUR DOLLARS IN US CURRENCY**, et al.,
Appellants

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-658-A
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

A filing fee of $205.00 was due when appellant filed his notice of appeal, but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 159158, Aug. 28, 2015). The clerk of this court notified appellant by letter the filing fee was due by July 6, 2018. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just. TEX. R. APP. P. 5.

We therefore **ORDER** appellant must either (1) pay the filing fee or (2) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fails to respond satisfactorily by **July 23, 2018** this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Irene Rios, Justice


     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court